PER CURIAM.
AFFIRMED. See Muzzi v. State, 118 So.3d 933 (Fla. 5th DCA 2013) (citing Geter v. State, 115 So.3d 375 (Fla. 3d DCA 2012)); Kennedy v. State, 106 So.3d 512 (Fla. 5th DCA 2013); Ferrell v. State, 105 So.3d 539 (Fla. 5th DCA 2013); Anderson v. State, 105 So.3d 538 (Fla. 5th DCA 2013).
We certify that this decision conflicts with the decision of the Second District Court of Appeal in Toye v. State, 133 So.3d 540 (Fla. 2d DCA 2014).
GRIFFIN, SAWAYA, and ORFINGER, JJ., concur.